IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALBERTON ROSE BARNES,

    Plaintiff,

    v.

DFMWR,

    Defendant.

Civil Action No.: JKB-20-1183

**ORDER**

    On March 27, 2023, this Court issued an Order requiring Plaintiff to show cause why the above-captioned Complaint should not be dismissed without prejudice for failure to prosecute. ECF No. 8. Plaintiff's response does not indicate that he has made any further efforts to have the Complaint properly served; rather, he simply reiterates the basis of his claim. ECF No. 9. Plaintiff has been given ample opportunity to correct the deficiencies in service but has not done so. Accordingly, it is hereby ORDERED by the United States District Court for the District of Maryland that:

1. The Complaint IS DISMISSED without prejudice;
2. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff; and
3. The Clerk SHALL CLOSE this case.

Dated this __8__ day of June, 2023.

FOR THE COURT:

_____
James K. Bredar
Chief Judge